In the United States District Court for the Western District of Pennsylvania

Bryant R. Filter

v.

United States of America

CRIMINAL NO. 09-301
09-123

FILED
10 OCT 20 PM 1:33
US DISTRICT COURT

## *Motion to the Court for Clarification of Restitution Payments*

And now comes Bryant R. Filter, Pro Se, to address the court in regards to restitution payments while incarcerated under the Bureau of Prison's care.

On February 5, 2010 Bryant R. Filter was sentenced to 135 months and 5 years of supervised release. Bryant R. Filter was also sentenced to pay restitution of 50% of his prison salary. Currently Mr. Filter makes on the average of $80.00 per month. The Bureau of Prisons are trying to collect the amount of $150.00 per month.

Bryant R. Filter comes to the court asking for a ruling to order the Bureau of Prison's to take only 50% of my prison salary. Bryant R. Filter also requests that the ruling be made in absentia.

Respectfully,
Bryant R. Filter - 30354-068

PAGE 1

AND NOW, THIS 21st DAY OF Oct, 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE